**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Heriberto MARTINEZ–CHACON, Defendant–Appellant.**

**No. 08–10556.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 16, 2009.

John Robert Lopez, USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Douglas Erickson, Phoenix, AZ, for Defendant–Appellant.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Heriberto Martinez–Chacon appeals from his guilty-plea conviction and 52–month sentence for attempted illegal reentry after deportation, in violation of 8 U.S.C. § 1326.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Martinez–Chacon's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Martinez–Chacon has filed a pro se supplemental brief requesting an evidentiary hearing, the Government has filed a motion to dismiss instead of an answering brief, and Martinez–Chacon has filed a pro se response to the motion to dismiss.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, all pending motions are **DENIED**, and the district court's judgment is **AFFIRMED**.